No. 25-2738

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY,
a non-profit organization,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
a United States Government Agency and LEE ZELDIN, in his official
capacity as EPA ADMINISTRATOR,

*Respondents*.

## RESPONDENTS' NOTICE OF FILING THE CERTIFIED LIST OF THE
## CONTENTS OF THE ADMINISTRATIVE RECORD

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

Shari Howard
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407
shari.howard@usdoj.gov

*Counsel for Respondents*

Pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B), Respondents file the attached certified list of the contents of the administrative record relating to Petitioner's challenge to the U.S. Environmental Protection Agency's "Pesticide General Permit (PGP) for Discharges from the Application of Pesticides," Docket No. EPA-HQ-OW-2023-0268.  Notice of the issuance of this permit was published in the *Federal Register* on December 17, 2024.  89 Fed. Reg. 102134 (Dec. 17, 2024).

Dated: June 6, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

_____*/s/ Shari Howard*_____
Shari Howard
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407
Fax: (202) 514-8865
shari.howard@usdoj.gov

*Counsel for Respondents*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 6, 2025, I caused a copy of the foregoing to be served by the Court's CM/ECF system on all registered counsel.

<u>/s/ *Shari Howard*</u>
Shari Howard
Trial Attorney

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency and LEE ZELDIN, in his official capacity as EPA ADMINISTRATOR,<br><br>    Respondents, | No. 25-2738 |

**CERTIFICATION OF LIST OF
CONTENTS OF THE ADMINISTRATIVE RECORD**

I, Andrew Sawyers, am the Director of the Office of Wastewater Management within the Office of Water of the U.S. Environmental Protection Agency.

I certify to the best of my knowledge and belief that the attached list describes the materials constituting the administrative record for the Environmental Protection Agency's issuance of the 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges from the Application of Pesticides" (Dec. 17, 2024).

Date: June 3, 2025

ANDREW
SAWYERS

Digitally signed by
ANDREW SAWYERS
Date: 2025.06.03
18:16:11 -04'00'

Andrew Sawyers
Director, Office of Wastewater Management
U.S. Environmental Protection Agency

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD
Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0001 | Draft National Pollutant Discharge Elimination System: Pesticide General Permit for Point Source Discharges from the Application of Pesticides; Reissuance | 11/28/2023 |
| EPA-HQ-OW-2023-0268-0002 | Asian Gypsy Moth Factsheet | 04/2016 |
| EPA-HQ-OW-2023-0268-0003 | Black Fly Control Program-Town of North Elba Factsheet | 05/13/2010 |
| EPA-HQ-OW-2023-0268-0004 | Spruce Budworm in the Eastern United States Factsheet | 01/1981 |
| EPA-HQ-OW-2023-0268-0005 | Aquatic Life Benchmarks for Pesticide Registration. Pesticide Science and Assessing Pesticide Risks, US EPA Factsheet | 01/11/2016 |
| EPA-HQ-OW-2023-0268-0006 | Best Management Practices for Mosquito Control on California State Properties Factsheet | 06/2008 |
| EPA-HQ-OW-2023-0268-0007 | Metropolitan Mosquito Control District - Biting Gnat Control Factsheet | 02/05/2020 |
| EPA-HQ-OW-2023-0268-0008 | Massachusetts Best Management Practices and Guidance for Freshwater Mosquito Control Factsheet | 10/24/2008 |
| EPA-HQ-OW-2023-0268-0009 | Ohio State University Extension Fact Sheet Black Flies Factsheet | 05/13/2010 |
| EPA-HQ-OW-2023-0268-0010 | Pennsylvania's Black Fly Suppression Factsheet | 05/13/2010 |
| EPA-HQ-OW-2023-0268-0011 | North Carolina Cooperative Extension - Insect Note- Black Flies and Their Control Factsheet | 02/05/2020 |
| EPA-HQ-OW-2023-0268-0012 | Gypsy Moth Program Manual | 06/2019 |
| EPA-HQ-OW-2023-0268-0013 | Finalized Settlement Agreement: Center for Biological Diversity v EPA - 25 June 2023 | 05/25/2023 |
| EPA-HQ-OW-2023-0268-0014 | The Best Way to Control Mosquitoes Integrated Mosquito Management Explained Factsheet | 06/2007 |
| EPA-HQ-OW-2023-0268-0015 | Kwasny 2004 - Central Valley Joint Venture Technical Guide to Best Management Practices for Mosquito Control in Managed Wetlands | 06/2004 |
| EPA-HQ-OW-2023-0268-0016 | Florida Mosquito Control | 2018 |
| EPA-HQ-OW-2023-0268-0017 | Faiman. Mosquito Biology For The Homeowner | 01/2016 |
| EPA-HQ-OW-2023-0268-0018 | Asian Carp Control - U.S. Department of the Interior | 07/27/2018 |
| EPA-HQ-OW-2023-0268-0019 | National Water Quality Inventory 2017 Report | 07/2017 |
| EPA-HQ-OW-2023-0268-0020 | University of New Hampshire Cooperative Extension - Black Fly Fact Sheet | 05/13/2010 |
| EPA-HQ-OW-2023-0268-0021 | GYPCHEK-Bioinsecticide for Gypsy Moth Control in Forested Ecosystems and Urban Communities | 04/2016 |
| EPA-HQ-OW-2023-0268-0022 | Mosquito Info - American Mosquito Control Association | 02/05/2020 |
| EPA-HQ-OW-2023-0268-0023 | Mosquito Info- Control - American Mosquito Control Association | 03/02/2020 |
| EPA-HQ-OW-2023-0268-0024 | National Summary of Impaired Waters and TMDL Info-2020 | 02/05/2020 |
| EPA-HQ-OW-2023-0268-0025 | The Commonwealth of Massachusetts Department of Food and Agriculture State Reclamation and Mosquito Control Board | 10/14/1998 |
| EPA-HQ-OW-2023-0268-0026 | 2017-2019 Annual Report Data Cover Sheet | 05/2020 |
| EPA-HQ-OW-2023-0268-0026 a | 2017-2019 PGP Annual Report Data | 05/2020 |
| EPA-HQ-OW-2023-0268-0027 | Comparison of 303d Pesticide Impairment Data with 2016 PGP Annual Report Data | 03/2020 |
| EPA-HQ-OW-2023-0268-0028 | Overview of the Ecological Risk Assessment Process In EPA-OPP | 01/23/2004 |
| EPA-HQ-OW-2023-0268-0029 | 2016 Cost Analysis | 01/14/2016 |
| EPA-HQ-OW-2023-0268-0029 a | 2015 CPI National and Regions | 10/26/2015 |
| EPA-HQ-OW-2023-0268-0029 b | Bureau of Labor Statistics (BLS) ECEC March 2015 | 6/10/2015 |

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD
Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0029 c | Bureau of Labor Statistics (BLS) ECI June 2015 | 7/31/2015 |
| EPA-HQ-OW-2023-0268-0029 d | Bureau of Labor Statistics (BLS) OES May 2014 | 05/2014 |
| EPA-HQ-OW-2023-0268-0029 e | 2009 PSMJ A/E Financial Performance Survey, 29th Edition | 05/2009 |
| EPA-HQ-OW-2023-0268-0030 | Economic Analysis of The 2011 PGP | 10/28/2011 |
| EPA-HQ-OW-2023-0268-0030 a | Census 2000 Summary File 1 | 10/13/2011 |
| EPA-HQ-OW-2023-0268-0030 b | Arizona Department of Health Services Native American Semi-Annual Report July-December 2005 | 12/2005 |
| EPA-HQ-OW-2023-0268-0030 c | Census of Agriculture 2007 | 12/2009 |
| EPA-HQ-OW-2023-0268-0030 d | Irrigation Districts in NPDES PGP States - Memo To The File | 10/28/2011 |
| EPA-HQ-OW-2023-0268-0030 e | Federal Register (FR) Notice - ICR Restricted Use Applicator | 5/5/2011 |
| EPA-HQ-OW-2023-0268-0030 f | USEPA Safe Drinking Water Information System (SDWIS) | 10/27/2011 |
| EPA-HQ-OW-2023-0268-0030 g | South Central Idaho Mosquito 2003 | 3/14/2003 |
| EPA-HQ-OW-2023-0268-0030 h | Aquatic Nuissance Species Task Force Strategic Plan 2002-2007 February 2002 | 02/2002 |
| EPA-HQ-OW-2023-0268-0030 I | McChord Air Force Base - January December 2006 Quarterly Activity Report January 2007 | 01/2007 |
| EPA-HQ-OW-2023-0268-0030 j | EPA Phase I 2001 EPA-821-R-01-035 | 11/2001 |
| EPA-HQ-OW-2023-0268-0031 | 2026 PGP NHPA Memo | 09/27/2023 |
| EPA-HQ-OW-2023-0268-0032 | 2026 PGP Tribal Consultation Summary | 11/2023 |
| EPA-HQ-OW-2023-0268-0032 a | Leech Lake Band of Ojibwe EPA 2026 PGP Tribal Comments | 10/26/2023 |
| EPA-HQ-OW-2023-0268-0032 b | 2026 PGP Tribal Informational Webinar Presentation | 09/2023 |
| EPA-HQ-OW-2023-0268-0033 | Draft 2026 PGP Fact Sheet | 11/28/2023 |
| EPA-HQ-OW-2023-0268-0034 | Draft 2026 PGP Permit | 11/28/2023 |
| EPA-HQ-OW-2023-0268-0035 | Incorporation by Reference | 11/8/2023 |
| EPA-HQ-OW-2023-0268-0036 | 2022 Pesticide General Permit Annual Report Data | 11/28/2023 |
| EPA-HQ-OW-2023-0268-0036 a | 2022 PGP Annual Report Data | 11/28/2023 |
| EPA-HQ-OW-2023-0268-0037 | National Research Council 2013. Assessing Risks to Endangered and Threatened | 2013 |
| EPA-HQ-OW-2023-0268-0038 | Sacramento-Yolo: Mosquito Reduction Best Management Practices | 2008 |
| EPA-HQ-OW-2023-0268-0039 | University of Florida-Featured Creatures-Black Flies | 12/2013 |
| EPA-HQ-OW-2023-0268-0040 | Merck Veterinary Manual -Black Flies | 08/2013 |
| EPA-HQ-OW-2023-0268-0041 | Black Flies - Greater Los Angeles County Vector Control District (GLACVCD) | 8/6/2020 |
| EPA-HQ-OW-2023-0268-0042 | Best Management Practices Handbook for Aquatic Plant Management in Support of Fish and Wildlife Habitat | 2003 |
| EPA-HQ-OW-2023-0268-0043 | Biology and Control of Aquatic Plants | 10/2009 |
| EPA-HQ-OW-2023-0268-0044 | Best Management Practices for Silvicultural Chemicals and the Science Behind Them | 2004 |
| EPA-HQ-OW-2023-0268-0045 | Alberta - Black Fly Control Factsheet | 2/28/2002 |
| EPA-HQ-OW-2023-0268-0046 | Aquatic Nuisance Species Task Force (ANS) | 08/2020 |
| EPA-HQ-OW-2023-0268-0047 | EPA's Action Development Process, Administrative Records Guidance | 09/2011 |
| EPA-HQ-OW-2023-0268-0048 | Rose 2001-Pesticides and Public Health- Integrated Methods of Mosquito Management | 02/2001 |
| EPA-HQ-OW-2023-0268-0048 a | USGS-Gilliom-Pesticides in the Nations Streams and Ground Water-1992-2001 | 2/15/2007 |
| EPA-HQ-OW-2023-0268-0049 | New York 2018-Comprehensive Mosquito Surveillance and Control Plan | 2018 |
| EPA-HQ-OW-2023-0268-0049 a | USGS Gilliom-Pesticides in the Nations Streams and Ground Water-1992-2001 | 2/15/2007 |
| EPA-HQ-OW-2023-0268-0050 | NH, 2008. Policy for Mosquito Control on State Lands Factsheet | 4/1/2008 |
| EPA-HQ-OW-2023-0268-0051 | New Mexico Philosophy of Mosquito Control Factsheet | 05/2010 |

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD
Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0052 | WVU, Homeowner's Guide to Gypsy Moth Management Factsheet | 01/2016 |
| EPA-HQ-OW-2023-0268-0053 | WA, 2004. Best Management Practices for Mosquito Control | 05/2004 |
| EPA-HQ-OW-2023-0268-0054 | USGS, Gilliom. Pesticides in the Nation's Streams and Ground Water, 1992-2001 | 2/15/2007 |
| EPA-HQ-OW-2023-0268-0055 | Pesticides in US Rivers: Regional differences in use, occurrence, and environmental toxicity, 2013-2017 | 4/17/2021 |
| EPA-HQ-OW-2023-0268-0056 | USGS, Stone. An Overview Comparing Results from Two Decades of Monitoring for Pesticides in the Nation's Streams and Rivers, 1992–2001 and 2002–2011 | 2014 |
| EPA-HQ-OW-2023-0268-0057 | USGS, Stone. Pesticides in U.S. Streams and Rivers: Occurrence and Trends during 1992–2011 | 9/11/2014 |
| EPA-HQ-OW-2023-0268-0058 | Pennsylvania Black Fly Suppression Factsheet | 04/12/2023 |
| EPA-HQ-OW-2023-0268-0059 | Invasive Carp Overview Factsheet | 3/6/2023 |
| EPA-HQ-OW-2023-0268-0060 | Use of Stream Width For Determining The Dosage Rates of Bacillus thuringiensis Var. israelensis For Larval Black Fly (Diptera: Simuliidae) Control | 06/1996 |
| EPA-HQ-OW-2023-0268-0061 | Comment submitted by Northeastern Mosquito Control Association, Inc. (NMCA) | 1/7/2024 |
| EPA-HQ-OW-2023-0268-0062 | Comment submitted by National Agricultural Aviation Association (NAAA) | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0063 | Comment submitted by Center for Biological Diversity | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0064 | Comment submitted by Massachusetts Department of Environmental Protection | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0065 | Comment submitted by Pesticide Policy Coalition (PPC) | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0066 | Comment submitted by RISE (Responsible Industry for a Sound Environment) | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0067 | Comment submitted by New Mexico Environment Department (NMED) | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0068 | Comment submitted by New Jersey Mosquito Control Association, Inc. (NJMCA) | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0069 | Comment submitted by American Mosquito Control Association (AMCA) | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0070 | Comment submitted by Public Health & Agricultural Resource Management Division (PHARM), State of Vermont | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0071 | Comment submitted by Massachusetts Rivers Alliance, Berkshire Environmental Action Team, Friends of the Ten Mile River Watershed, et al. | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0071 a | National Environmental Law Center et al. July 19,2010 Attachment | 7/19/2010 |
| EPA-HQ-OW-2023-0268-0072 | Comment submitted by Agricultural Retailers Association (ARA) | 1/12/2024 |
| EPA-HQ-OW-2023-0268-0073 | Permits; Applications, Issuances, etc.: Final National Pollutant Discharge Elimination System Pesticide General Permit for Point Source Discharges from the Application of Pesticides; Reissuance | 12/17/2024 |
| EPA-HQ-OW-2023-0268-0074 | 401 Cover Page | 12/06/2024 |
| EPA-HQ-OW-2023-0268-0074 a | 2026 PGP Pre-filing Meeting Summary | 04/10/2024 |
| EPA-HQ-OW-2023-0268-0074 b | R1 Pre-filing Meeting Request NH 2026 PGP | 10/19/2023 |
| EPA-HQ-OW-2023-0268-0074 c | R2 Pre-filing Meeting Grant PR 2026 PGP | 11/3/2023 |
| EPA-HQ-OW-2023-0268-0074 d | R2 Pre-filing Meeting Request 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 e | R2 Pre-Filing Meeting Request PR 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 f | R3 Pre-filing Meeting Request DC 2026 PGP | 10/17/2023 |
| EPA-HQ-OW-2023-0268-0074 g | R5 Pre-filing Meeting Request Red Lake 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 h | R5 Pre-filing Meeting Request Grand Portage 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 i | R5 Pre-filing Meeting Request Keweenaw Bay 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 j | R5 Pre-filing Meeting Request Bad River Band 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 k | R6 Pre-filing Meeting Request Pueblo of Sandia 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 l | R4 Pre-filing Meeting Request Seminole 2026 PGP | 10/17/2023 |
| EPA-HQ-OW-2023-0268-0074 m | R6 Pre-filing Meeting Request Pueblo of Pojoaque 2026 PGP | 10/18/2023 |

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD
Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0074 n | R5 Pre-filing Meeting Request Sokaogon Chippewa 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 o | R5 Pre-filing Meeting Request Fond du Lac 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 p | R5 Pre-filing Meeting Request Leech Lake 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 q | R6 Pre-filing Meeting Request Ohkay Owingeh 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 r | R6 Pre-filing Meeting Request Taos Pueblo 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 s | R5 Pre-filing Meeting Request Lac du Flambeau 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 t | R6 Pre-filing Meeting Request Pueblo of Isleta 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 u | R6 Pre-filing Meeting Request Pueblo of Acoma 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 v | R4 Pre-filing Meeting Request Miccosukee 2026 PGP | 10/17/2023 |
| EPA-HQ-OW-2023-0268-0074 w | R6 Pre-filing Meeting Request Pueblo of Nambe 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 x | R6 Pre-filing Meeting Request Pueblo of Santa Ana 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 y | R4 Pre-filing Meeting Request EBCI 2026 PGP | 10/17/2023 |
| EPA-HQ-OW-2023-0268-0074 z | R6 Pre-filing Meeting Request Pueblo of Santa Clara 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 aa | R6 Pre-filing Meeting Request Pueblo of Laguna 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ab | R6 Pre-filing Meeting Request ODAFF 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ac | R6 Pre-filing Meeting Request Pueblo of Tesque 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ad | R6 Pre-filing Meeting Request Picuris Pueblo 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ae | R7 Prefilling Meeting Request Meskwaki 2026 PGP | 10/17/2023 |
| EPA-HQ-OW-2023-0268-0074 af | R7 Pre-filing Meeting Request Winnebago 2026 PGP | 10/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ag | R8 Prefilling Meeting Request Northern Cheyenne 2026 PGP | 10/16/2023 |
| EPA-HQ-OW-2023-0268-0074 ah | R9 Pre-filing Meeting Request 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ai | R10 Pre-filing Request Squaxin Island Tribe 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 aj | R10 Pre-filing Meeting Request Makah Indian Tribe 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ak | R10 Pre-filing Meeting Request Puyallup Tribe 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 al | R10 Pre-filing Meeting Request Tulalip Tribe 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 am | R10 Pre-filing Request Lummi Tribes 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 an | R10 Pre-filing Request Warm Springs 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ao | R10 Pre-filing Meeting Request Umatilla Tribe 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ap | R10 Pre-filing Request Shoshone-Bannock Tribe 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 aq | R10 Pre-filing Meeting Request Spokane Tribe 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 ar | R10 Pre-filing Meeting Request WA 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 as | R10 Pre-filing Request Kalispel Indian Community 2026 PGP | 10/18/2023 |
| EPA-HQ-OW-2023-0268-0074 at | R6 2026 PGP 401 Cert Request Ohkay Owingeh | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 au | R8 2026 PGP 401 Cert Request CSKT | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 av | R4 2026 PGP 401 Cert Request Seminole Tribe | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 aw | R10 2026 PGP 401 Cert Request Jamestown S'Klallam | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ax | R10 2026 PGP 401 Cert Request Warm Springs | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ay | R6 2026 PGP 401 Cert Request Pueblo of Acoma | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 az | R10 2026 PGP 401 Cert Request Lummi | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ba | R5 2026 PGP 401 Cert Request Keweenaw Bay | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bb | R10 2026 PGP 401 Cert Request Swinomish | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bc | R6 2026 PGP 401 Cert Request Pueblo of Isleta | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bd | R6 2026 PGP 401 Cert Request Pueblo of Nambe | 11/17/2023 |

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD
Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0074 be | R5 2026 PGP 401 Cert Request Leech Lake | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bf | R6 2026 PGP 401 Cert Request Picuris Pueblo | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bg | R10 2026 PGP 401 Cert Request Port Gamble | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bh | R5 2026 PGP 401 Cert Request Lac du Flambeau | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bi | R5 2026 PGP 401 Cert Request Red Lake | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bj | R6 2026 PGP 401 Cert Request ODAFF | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bk | R3 401 Cert Request DE 2026 PGP | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bl | R10 2026 PGP 401 Cert Request Quinault | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bm | R4 2026 PGP 401 Cert Request EBCI | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bn | R10 2026 PGP 401 Cert Request Coeur d'Alene | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bo | R10 2026 PGP 401 Cert Request Tulalip | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bp | R10 2026 PGP 401 Cert Request WA | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bq | R1 401 Cert Request MA 2026 PGP | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 br | R6 2026 PGP 401 Cert Request Pueblo of Laguna | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bs | R8 2026 PGP 401 Cert Request Assiniboine and Sioux Tribes | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bt | R6 2026 PGP 401 Cert Request Pueblo of Pojoaque | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bu | R5 2026 PGP 401 Cert Request Sokaogon Chippewa | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bv | R8 2026 PGP 401 Cert Request CDPHE | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bw | R6 2026 PGP 401 Cert Request Pueblo of Sandia | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bx | R4 2026 PGP 401 Cert Request Miccosukee Tribe | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 by | R8 2026 PGP 401 Cert Request Southern Ute Tribe | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 bz | R10 2026 PGP 401 Cert Request Puyallup | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ca | R5 2026 PGP 401 Cert Request Grand Portage | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cb | R8 2026 PGP 401 Cert Request Ute Mountain Ute Tribe | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cc | R10 2026 PGP 401 Cert Request Spokane | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cd | R6 2026 PGP 401 Cert Request Pueblo of Santa Ana | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ce | R5 2026 PGP 401 Cert Request Bad River Band | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cf | R8 2026 PGP 401 Cert Request Northern Cheyenne | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cg | R7 2026 PGP 401 Cert Request Meskwaki | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ch | R10 2026 PGP 401 Cert Request CTCLUS | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ci | R2 2026 PGP 401 Cert Request Seneca Nation | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cj | R6 2026 PGP 401 Cert Request Pueblo of Santa Clara | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ck | R5 2026 PGP 401 Cert Request Fond du Lac | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cl | R3 401 Cert Request DC 2026 PGP | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cm | R10 2026 PGP 401 Cert Request Shoshone-Bannock | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cn | R2 2026 PGP 401 Cert Request SRMT | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 co | R2 2026 PGP 401 Cert Request PR | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cp | R6 2026 PGP 401 Cert Request Pueblo of Tesuque | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cq | R6 2026 PGP 401 Cert Request Taos Pueblo | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cr | R10 2026 PGP 401 Cert Request Colville | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cs | R8 2026 PGP 401 Cert Request Blackfeet Tribe | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ct | R10 2026 PGP 401 Cert Request Umatilla | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cu | R10 2026 PGP 401 Cert Request Kalispel | 11/17/2023 |

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD
Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0074 cv | R10 2026 PGP 401 Cert Request Makah | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cw | R10 2026 PGP 401 Cert Request Squaxin Island | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cx | R10 2026 PGP 401 Cert Request Chehalis | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cy | R7 2026 PGP 401 Cert Request Winnebago | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 cz | R1 2026 PGP 401 Cert Request NH | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 da | R9 2026 PGP 401 Cert Requests | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 db | R2 2026 PGP 401 Cert Seneca Nation | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dc | R1 2026 PGP 401 Public Notice MA | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dd | R2 2026 PGP 401 Cert Puerto Rico | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 de | R5 2026 PGP 401 Cert Bad River Band | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 df | R5 2026 PGP 401 Cert Grand Portage | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dg | R5 2026 PGP 401 Cert Bad River | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dh | R3 2026 PGP 401 Cert DE | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 di | R5 2026 PGP Public Notice Grand Portage | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dj | R1 2026 PGP 401 Cert MA | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dk | R6 2026 PGP 401 Cert Pawnee Nation | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dl | R2 2026 PGP 401 Cert Seneca Nation - Attachment | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dm | R6 2026 PGP 401 Cert Santa Clara | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dn | R5 2026 PGP 401 Cert DENIAL Fond du Lac | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 do | R10 2026 PGP 401 Cert ECYWA | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dp | R5 2026 PGP 401 Cert LLBO | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dq | R6 2026 PGP 401 Cert Ohkay Owingheh | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dr | R5 2026 PGP 401 Cert Sokaogan | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ds | R9 2026 PGP 401 Cert NN | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dt | R9 2026 PGP 401 Cert American Samoa | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 du | R10 2026 PGP 401 Cert Makah | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dv | R5 2026 PGP 401 Cert DENIAL Lac du Flambeau | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dw | R6 2026 PGP 401 Cert POI | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dx | R7 2026 PGP 401 Cert Miccosukee | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dy | R7 2026 PGP 401 Cert Meskwaki Nation | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 dz | R10 2026 PGP 401 Cert Lummi | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ea | R8 2026 PGP 401 Cert CSKT | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 eb | R6 2026 PGP 401 Cert NMED | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ec | R6 2026 PGP 401 Cert Picuris | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ed | R9 2026 PGP 401 Cert HVT | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ee | R10 2026 PGP 401 Cert Jamestown | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ef | R10 2026 PGP 401 Cert Shoshone-Bannock Tribes | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 eg | R6 2024 CWA 401 Certification Request - Pueblo of Laguna | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 eh | R6 2026 PGP 401 Cert Pueblo of San Felipe | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ei | R9 2026 PGP 401 Cert Morongo | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ej | R9 2026 PGP 401 Cert 29 Palms | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ek | R6 2026 PGP 401 Cert Tesuque | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 el | R9 401 Cert KERA | 11/17/2023 |

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD

Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0074 em | R4 2026 PGP 401 Cert Seminole Tribe | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 en | R9 2026 PGP 401 Cert Denial BPPT | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 eo | R8 2026 PGP 401 Cert Northern Cheyenne | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 ep | R7 2026 PGP 401 Cert Winnebago | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 eq | R3 2026 PGP 401 Cert DC | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 er | R6 2026 PGP 401 Cert Santa Ana | 11/17/2023 |
| EPA-HQ-OW-2023-0268-0074 es | 2026 PGP 401 Certification LEFJ Memo | 11/01/2024 |
| EPA-HQ-OW-2023-0268-0074 et | R10 2026 PGP 401 Non-TAS Cert | 5/31/2024 |
| EPA-HQ-OW-2023-0268-0074 eu | R6 2026 PGP 401 Non-TAS Cert | 7/2/2024 |
| EPA-HQ-OW-2023-0268-0074 ev | R4 2026 PGP 401 Non-TAS Cert Seminole non-TAS lands | 7/29/2024 |
| EPA-HQ-OW-2023-0268-0074 ew | R4 2026 PGP 401 Non-TAS Cert Miccosukee non-TAS | 7/29/2024 |
| EPA-HQ-OW-2023-0268-0074 ex | R7 2026 PGP 401 Non-TAS Cert | 4/9/2024 |
| EPA-HQ-OW-2023-0268-0074 ey | R8 2026 PGP 401 Non-TAS Cert | 5/7/2024 |
| EPA-HQ-OW-2023-0268-0074 ez | R5 2026 PGP 401 Non-TAS Cert | 5/2/2024 |
| EPA-HQ-OW-2023-0268-0074 fa | R1 2026 PGP 401 Non-TAS Cert | 7/18/2024 |
| EPA-HQ-OW-2023-0268-0074 fb | R4 2026 PGP 401 Non-TAS Cert | 4/18/2024 |
| EPA-HQ-OW-2023-0268-0074 fc | R8 2026 PGP 401 Certification Waiver Notification Blackfeet | 6/28/2024 |
| EPA-HQ-OW-2023-0268-0074 fd | R10 2026 PGP 401 Certification Waiver Notification Warm Springs | 7/2/2024 |
| EPA-HQ-OW-2023-0268-0074 fe | R10 2026 PGP 401 Certification Waiver Notification Coeur d'Alene | 7/2/2024 |
| EPA-HQ-OW-2023-0268-0074 ff | R8 2026 PGP 401 Certification Waiver Notification Assiniboine and Sioux | 6/28/2024 |
| EPA-HQ-OW-2023-0268-0074 fg | R10 2026 PGP 401 Certification Waiver Notification CTCLUS | 7/2/2024 |
| EPA-HQ-OW-2023-0268-0074 fh | R10 2026 PGP 401 Certification Waiver Notification Umatilla | 7/2/2024 |
| EPA-HQ-OW-2023-0268-0074 fj | R8 2026 PGP 401a2 Notification to RA 2 | 5/7/2024 |
| EPA-HQ-OW-2023-0268-0074 fk | R3 2026 PGP 401a2 Notification to RA | 5/28/2024 |
| EPA-HQ-OW-2023-0268-0074 fl | R7 2026 PGP 401a2 Notification to RA | 4/9/2024 |
| EPA-HQ-OW-2023-0268-0074 fm | R2 2026 PGP 401a2 Notification to RA | 3/27/2024 |
| EPA-HQ-OW-2023-0268-0074 fn | R10 2026 PGP 401a2 Notification to RA | 6/4/2024 |
| EPA-HQ-OW-2023-0268-0074 fo | R8 2026 PGP 401a2 Notification to RA 1 | 5/1/2024 |
| EPA-HQ-OW-2023-0268-0074 fp | R6 2026 PGP 401a2 Notification to RA | 5/28/2024 |
| EPA-HQ-OW-2023-0268-0074 fq | R1 2026 PGP 401a2 Notification to RA | 7/17/2024 |
| EPA-HQ-OW-2023-0268-0074 fr | R9 2026 PGP 401a2 Notification to RA | 7/25/2024 |
| EPA-HQ-OW-2023-0268-0074 fs | R4 401a2 No Objection NC 2026 PGP | 8/6/2024 |
| EPA-HQ-OW-2023-0268-0074 ft | R4 401a2 No Objection ADEM 2026 PGP | 9/3/2024 |
| EPA-HQ-OW-2023-0268-0074 fu | R9 401a2 No Objection Nevada 2026 PGP | 10/31/2024 |
| EPA-HQ-OW-2023-0268-0074 fv | R9 401a2 No Objection Arizona 2026 PGP | 10/30/2024 |
| EPA-HQ-OW-2023-0268-0074 fw | R10 401a2 No Objection Idaho 2026 PGP | 11/15/2024 |
| EPA-HQ-OW-2023-0268-0074 fx | R1 2026 PGP 401a2 Neighboring Jurisdiction Notification CT | 7/18/2024 |
| EPA-HQ-OW-2023-0268-0074 fy | R1 2026 PGP 401a2 Notification to Neighboring Jurisdiction MA | 7/18/2024 |
| EPA-HQ-OW-2023-0268-0074 fz | R8 2026 PGP 401a2 Notification to Neighboring Jurisdiction MDEQ | 5/9/2024 |
| EPA-HQ-OW-2023-0268-0074 ga | R1 2026 PGP 401a2 Notification to Neighboring Jurisdiction NY | 7/18/2024 |
| EPA-HQ-OW-2023-0268-0074 gb | R7 2026 PGP 401a2 Notification to Neighboring Jurisdiction IA | 8/7/2024 |
| EPA-HQ-OW-2023-0268-0074 gc | R1 2026 PGP 401a2 Notification to Neighboring Jurisdiction VT | 7/18/2024 |
| EPA-HQ-OW-2023-0268-0074 gd | R1 2026 PGP 401a2 Notification to Neighboring Jurisdiction RI | 7/18/2024 |

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD
Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0074 ge | R10 2026 PGP 401a2 Notification to Neighboring Jurisdictions | 10/2/2024 |
| EPA-HQ-OW-2023-0268-0074 gf | R1 2026 PGP 401a2 Notification to Neighboring Jurisdiction ME | 7/18/2024 |
| EPA-HQ-OW-2023-0268-0074 gg | R2 2026 PGP 401a2 Notification to Neighboring Jurisdiction NY | 9/10/2024 |
| EPA-HQ-OW-2023-0268-0074 gh | R2 2026 PGP 401a2 Notification to Neighboring Jurisdiction PA | 9/10/2024 |
| EPA-HQ-OW-2023-0268-0074 gi | R4 2026 PGP 401a2 Notification to Neighboring Jurisdiction MDEQ | 7/17/2024 |
| EPA-HQ-OW-2023-0268-0074 gj | R9 2026 PGP 401a2 Notification to Neighboring Jurisdiction Arizona | 9/9/2024 |
| EPA-HQ-OW-2023-0268-0074 gk | R8 2026 PGP 401a2 Notification to Neighboring Jurisdiction WDEQ | 5/16/2024 |
| EPA-HQ-OW-2023-0268-0074 gl | R4 2026 PGP 401a2 Notification to Neighboring Jurisdiction Alabama | 7/17/2024 |
| EPA-HQ-OW-2023-0268-0074 gm | R8 2026 PGP 401a2 Notification to Neighboring Jurisdiction UDEQ | 5/16/2024 |
| EPA-HQ-OW-2023-0268-0074 gn | R4 2026 PGP 401a2 Notification to Neighboring Jurisdiction FDEP STOF | 7/3/2024 |
| EPA-HQ-OW-2023-0268-0074 go | R9 2026 PGP 401a2 Notification to Neighboring Jurisdiction Nevada | 9/9/2024 |
| EPA-HQ-OW-2023-0268-0074 gp | R5 2026 PGP 401a2 May Affect Determination Memo | 6/3/2024 |
| EPA-HQ-OW-2023-0268-0074 gq | R7 2026 PGP 401a2 Notification to Neighboring Jurisdiction NE | 8/7/2024 |
| EPA-HQ-OW-2023-0268-0074 gr | R7 2026 PGP 401a2 Notification to Neighboring Jurisdiction KS | 8/7/2024 |
| EPA-HQ-OW-2023-0268-0074 gs | R3 2026 PGP 401a2 Notification to Neighboring Jurisdiction VA | 6/14/2024 |
| EPA-HQ-OW-2023-0268-0074 gt | R4 2026 PGP 401a2 Notification to Neighboring Jurisdiction NCDEQ | 7/10/2024 |
| EPA-HQ-OW-2023-0268-0074 gu | R8 2026 PGP 401a2 Notification to Neighboring Jurisdiction NDDEQ | 7/10/2024 |
| EPA-HQ-OW-2023-0268-0074 gv | R8 2026 PGP 401a2 Notification to Neighboring Jurisdiction SDDANR | 7/10/2024 |
| EPA-HQ-OW-2023-0268-0074 gw | R4 2026 PGP 401a2 Notification to Neighboring Jurisdiction FDEP STOF non-TAS | 8/20/2024 |
| EPA-HQ-OW-2023-0268-0074 gx | R9 2026 PGP 401a2 Notification to Neighboring Jurisdiction California | 9/9/2024 |
| EPA-HQ-OW-2023-0268-0074 qy | R4 2026 PGP 401a2 Notification to Neighboring Jurisdiction FDEP Miccosukee non-TAS | 8/20/2024 |
| EPA-HQ-OW-2023-0268-0075 | 2026 PGP Biological Evaluation | 2/1/2024 |
| EPA-HQ-OW-2023-0268-0075 a | 2026 PGP Biological Evaluation Appendices | 2/1/2024 |
| EPA-HQ-OW-2023-0268-0075 b | 2026 PGP Initiation Letter of Formal ESA Consultation Signed 02-01-24 | 2/1/2024 |
| EPA-HQ-OW-2023-0268-0076 | NMFS' 2026 PGP Amendment | 10/28/2024 |
| EPA-HQ-OW-2023-0268-0076 a | NMFS 2021 Biological Opinion | 07/29/2021 |
| EPA-HQ-OW-2023-0268-0076 b | 2021-00534 Transmittal_Letter for 07.29.2021 | 7/29/2021 |
| EPA-HQ-OW-2023-0268-0077 | FWS 2026 PGP BO Final | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0077 a | 2026 proposed PGP BO cover letter | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0077 b | PGP ESA Memo to File | 12/9/2024 |
| EPA-HQ-OW-2023-0268-0078 | PA PGP 04 Sample Permit | 09/2023 |
| EPA-HQ-OW-2023-0268-0079 | PA PGP 06 Fact Sheet 2023 | 09/2023 |
| EPA-HQ-OW-2023-0268-0080 | KYG99 Permit and Factsheet 2024 | 2/29/2024 |
| EPA-HQ-OW-2023-0268-0081 | 2022-2023 PGP Annual Report Data | 12/17/2024 |
| EPA-HQ-OW-2023-0268-0082 | CZMA Cover Page | 12/08/2024 |
| EPA-HQ-OW-2023-0268-0082 a | R1 CZMA NH 2026 PGP | 2/22/2024 |
| EPA-HQ-OW-2023-0268-0082 b | R9 CZMA Guam 2026 PGP | 10/10/2024 |
| EPA-HQ-OW-2023-0268-0082 c | R1 CZMA Massachusetts 2026 PGP | 4/24/2024 |
| EPA-HQ-OW-2023-0268-0083 | 2026 PGP Response to Public Comments | 12/10/2024 |
| EPA-HQ-OW-2023-0268-0084 | Final 2026 PGP Fact Sheet | 12/17/2024 |
| EPA-HQ-OW-2023-0268-0085 | Final 2026 PGP | 12/17/2024 |
| EPA-HQ-OW-2023-0268-0086 | FWS 2026 PGP BO Appendices | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 a | Appendix A ESA Eligibility Criteria Crosswalk | 11/14/2024 |

LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD
Issuance of 2026 National Pollutant Discharge Elimination System (NPDES) "Pesticide General Permit (PGP) for Discharges From the Application of Pesticides" (Dec. 17, 2024)

| Document ID | Document Title/Description | Date |
|---|---|---|
| EPA-HQ-OW-2023-0268-0086 b | Appendix B Cover Sheet | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 c | Appendix B Bivalves | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 d | Appendix B Amphibians | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 e | Appendix B Birds | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 f | Appendix B Snails | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 g | Appendix B Crustaceans | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 h | Appendix B Reptiles | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 i | Appendix B Mammals | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 j | Appendix B Fish | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 k | Appendix B Insects | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 l | Appendix B Plants | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 m | Appendix C Species Vulnerability Information | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 n | Appendix D Species Analysis | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 o | Appendix E Critical Habitat Analysis | 11/14/2024 |
| EPA-HQ-OW-2023-0268-0086 p | Appendix F Critical Habitat PBFs | 11/14/2024 |