No. 25-2738

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

CENTER FOR BIOLOGICAL DIVERSITY,

*Petitioner,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents.*

_____

On Petition for Review of Final Action of the United States Environmental Protection Agency

_____

**PETITIONER'S UNOPPOSED MOTION TO
MODIFY THE BRIEFING SCHEDULE**

_____

Pursuant to Circuit Rule 31-2.2(b), Petitioner Center for Biological Diversity ("the Center") respectfully requests slightly less than a ninety-day extension of time to file the Center's opening brief in the above-captioned case, from the current due date of August 18, 2025, to November 14, 2025, and to modify the rest of the briefing schedule in this case as set forth below. This motion is unopposed by Respondents the United States Environmental Protection Agency and Lee

Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency (together, "EPA"). As detailed below and in the concurrently-filed sworn declarations of Allison LaPlante ("LaPlante Dec.") and Hannah Connor ("Connor Dec."), the Center makes this request for extension based on diligence and substantial need.

The Court may grant a motion for an extension of time upon a showing of good cause. Fed. R. App. P. 26(b). "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). As further described below, as well as in the attached declarations of undersigned counsel, good cause exists for the requested modification.

Briefly, the proposed extension from the current opening briefing deadline of August 18, 2025, is warranted due to numerous close family deaths experienced by both Ms. LaPlante and Ms. Connor, the Center's counsel of record in this matter, during the months of June and July 2025, and for medical ailments experienced by Ms. LaPlante during this period. These incidences have led to personal hardships that have greatly impacted counsel's ability to dedicate sufficient time to this matter.

As it relates to Ms. LaPlante: First, Ms. LaPlante had surgery on her dominant hand on May 28, 2025. LaPlante Dec. at ¶ 4. She then experienced

2
Petitioner's Unopposed Motion to Modify the Briefing Schedule

complications following what was otherwise supposed to be routine surgery, which prolonged the recovery period and made it difficult to work. *Id*.

Shortly thereafter, on June 12, 2025, Ms. LaPlante's father passed away suddenly. *Id*. at ¶ 5. On June 13, 2025, Ms. LaPlante returned to her family's home in Chicago to assist with family matters, including helping her mother, who is also aging, and she was on unexpected family leave for two weeks. *Id*. Following her father's passing, Ms. LaPlante will need to travel to Chicago relatively frequently to assist her mother, including her upcoming trip planned from August 2, 2025, to August 7, 2025. *Id*. at ¶ 6.

As it relates to Ms. Connor: Ms. Connor has also experienced personal hardship during this briefing period. First, on June 9, 2025, Ms. Connor learned that her sister-in-law had passed away unexpectedly and tragically just after her 44th birthday. Connor Dec. at ¶ 4. Ms. Connor has subsequently needed to attend to numerous family and other matters following her sister-in-law's loss that have affected her work schedule. *Id*. Second, on July 11, 2025, Ms. Connor's uncle passed away suddenly following a 2-year battle with a rare and aggressive cancer that led to severe medical complications and death. *Id*. at ¶ 5. Ms. Connor has subsequently needed to attend to numerous family and other matters following her uncle's loss that have affected her work schedule. *Id*.

Further, no party will be prejudiced by this request, as no briefing has yet

3
Petitioner's Unopposed Motion to Modify the Briefing Schedule

been filed, oral argument has not yet been scheduled, and the agency action at issue, EPA's Pesticide General Permit for Discharges from the Application of Pesticides, does not take effect until October 30, 2026. *See* Dkt. No. 1.1. at 5 (Ex. A, Pesticide Permit), 180 (Ex. B, Federal Register Notice). Though the new permit does not take effect for some time, the timing of the Center's filing of this matter was dictated by section 509(b)(1) of the Clean Water Act, 33 U.S.C. § 1369(b)(1), which requires that actions such as this be challenged within the Act's 120-day statute of limitations. *See* 33 U.S.C. § 1369(b)(1)(F) (authorizing review by the Court of Appeals for EPA action in "issuing or denying any permit under [33 U.S.C. § 1342]" within 120 days of permit issuance).

Finally, EPA does not oppose the Center's request for its extension of the opening brief deadline in this matter. However, because moving the opening brief to November 14th will push EPA's briefing to a period that overlaps with Thanksgiving and the December holidays, and to allow sufficient time for interagency and management review by the appropriate officials at EPA and the U.S. Department of Justice, EPA has asked for its answering brief to be due on February 27, 2026. LaPlante Dec. at ¶ 9. And to accommodate other existing litigation deadlines for the Center's counsel, the Center proposes its reply brief be due on April 10, 2026. *Id*. at ¶ 10. The parties have conferred on and have agreed to this proposed schedule. *Id.* at ¶ 11.

4
Petitioner's Unopposed Motion to Modify the Briefing Schedule

Therefore, based on diligence and substantial need, the Center respectfully requests that the briefing schedule be extended as follows:

| | |
|---|---|
| Petitioner's Opening Brief | November 14, 2025 |
| Respondents' Answering Brief | February 27, 2026 |
| Petitioner's Reply Brief | April 10, 2026 |

Respectfully submitted this 31st day of July 2025.

*s/ Allison LaPlante*
Allison LaPlante (OSB No. 023614)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel: (503) 980-3408
Email: alaplante@biologicaldiversity.org

*s/ Hannah Connor*
Hannah Connor (VSB No. 74785)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 681-1676
Email: hconnor@biologicaldiversity.org

*Counsel for Petitioner Center for Biological Diversity*