No. 25-2738

_____

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

_____

CENTER FOR BIOLOGICAL DIVERSITY,
*Petitioner,*
v.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents.*
_____

On Petition for Review of Final Action of the United States Environmental Protection Agency

_____

_____

**DECLARATION OF ALLISON LAPLANTE IN SUPPORT OF PETITIONER'S UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE**

_____

I, ALLISON LAPLANTE, declare and state as follows:

1. I am over 18 years of age and competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

1

Declaration of Allison LaPlante

2. I am a Senior Attorney at the Center for Biological Diversity ("the Center") and co-lead counsel in this case along with Hannah Connor.

3. I make this declaration in support of the Center's Unopposed Motion to Extend the Briefing Schedule.

4. On May 28, 2025, I had surgery on my dominant hand. This was a follow-up surgery to one I had in July 2024, after a significant injury that resulted in fractures in several parts of my hand. This recent surgery was expected to be relatively minor compared to the prior one. Unfortunately, I experienced complications with the surgery and healing process, which necessitated multiple follow-up visits, a longer recovery period than expected, and much more difficulty working with limited use of my dominant hand. I could not fully use my dominant hand until on or about July 1, 2025; and even now, sometimes typing is difficult.

5. Further, on June 12, 2025, my father passed away somewhat unexpectedly. The following day, June 13, 2025, I flew from Portland, OR, where I live, to my family's home in Chicago, IL, to help with family matters, plan a memorial service, and assist my mother, who is also aging.

6. I expect I will need to return to Chicago relatively frequently over the next few months to continue to assist my mother in the wake of my father's passing. My next trip is booked from August 2, 2025, through August 7, 2025.

7. Because of these personal hardships, along with other competing

2

Declaration of Allison LaPlante

litigation obligations that have stacked up during this time, I have been unable to dedicate sufficient time to this matter.

8. For these reasons, along with the reasons set forth in the accompanying Declaration of Hannah Connor, the Center requests an extension of time from August 18, 2025, to November 14, 2025, to file its opening brief.

9. I have conferred with counsel for Respondents. They do not oppose this motion. They have, however, requested additional time for their answering brief to account for the timing of their briefing covering the November and December holidays, along with other staffing and resource concerns. The Center does not oppose Respondents' proposed answering brief deadline of February 27, 2026.

10. Additionally, the Center proposes a deadline of April 10, 2026, for its reply brief in this matter. This accounts for other previously-existing litigation obligations of undersigned counsel, including overlapping briefing in the matter of *Northwest Environmental Advocates v. National Marine Fisheries Service, et al.*, Case No. 3:21-cv-1591 (D. Or., filed Nov. 2, 2021).

11. The parties have stipulated to all the above deadlines.

//

//

3

Declaration of Allison LaPlante

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 31st day of July, 2025 in Portland, Oregon.

*s/ Allison LaPlante*
Allison LaPlante (OSB No. 023614)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Tel: (503) 980-3408
Email: alaplante@biologicaldiversity.org
