No. 25-2738

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

CENTER FOR BIOLOGICAL DIVERSITY,
*Petitioner,*
v.
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents.*

_____

On Petition for Review of Final Action of the United States Environmental Protection Agency

---

**DECLARATION OF HANNAH CONNOR
IN SUPPORT OF PETITIONER'S UNOPPOSED MOTION TO
MODIFY THE BRIEFING SCHEDULE**

---

I, HANNAH CONNOR, declare and state as follows:

1. I am over 18 years of age and competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I am a Senior Attorney at the Center for Biological Diversity ("the Center") and co-lead counsel in this case along with Allison LaPlante.

3. I make this declaration in support of the Center's Unopposed Motion to Extend the Briefing Schedule.

Declaration of Hannah Connor          1

4. On June 9, 2025, my husband and I found out that my sister-in-law had passed away unexpectedly in her apartment just after her forty-fourth birthday. We found out because we were her emergency contact and were the first personal contacts called by the building administration after she was found. As a result, that day and the days that followed included contacting her parents and other family members, organizing her identification and autopsy with the St. Louis Medical Examiner's office, coordinating the removal of her personal items from her apartment, and executing her wishes to be cremated and her remains shipped to her mother in Maine. She requested that a funeral service not be held in her name, but her loss has also included numerous family and other matters that have affected my work schedule.

5. Further, on July 11, 2025, my uncle—my mother's youngest brother—passed away following a 2-year battle with a rare and aggressive cancer that led to severe medical complications. My family is still in the process of scheduling his memorial service, but I expect that it is likely to be held in August. His loss has also included numerous family and other matters that have affected my work schedule.

6. Because of these personal hardships, along with other competing litigation obligations that have stacked up during this time, I have been unable to dedicate sufficient time to this matter.

Declaration of Hannah Connor            2

7. For these reasons, along with the reasons set forth in the accompanying Declaration of Allison LaPlante, the Center requests an extension of time from August 18, 2025, to November 14, 2025, to file its opening brief.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 31st day of July, 2025 in Richmond, Virginia.

*s/ Hannah Connor*
Hannah Connor (VSB #74785)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 681-1676
Email: hconnor@biologicaldiversity.org
