UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, a United States Government Agency and LEE ZELDIN, in his official capacity as EPA ADMINISTRATOR,

    Respondents.

No. 25-2738

Agency No. EPA-HQ-OW-2023-0268
Environmental Protection Agency

ORDER

The motion (Docket Entry No. 15) to modify the briefing schedule granted.

The opening brief is due November 14, 2025. The answering brief is due February 27, 2026. The optional reply brief is due April 10, 2026.

In light of the modified briefing schedule, no streamlined requests for an extension of time to file briefs will be approved. Any written motions for extensions of time to file briefs under Ninth Circuit Rule 31-2.2(b) must include a proposed briefing schedule and state whether any separately represented party objects.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT