No. 25-2738

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

CENTER FOR BIOLOGICAL DIVERSITY,

*Petitioner,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents.*

_____

On Petition for Review of Final Action of the United States Environmental Protection Agency

_____

**RESPONDENTS' UNOPPOSED MOTION TO
EXTEND THE BRIEFING SCHEDULE**

_____

Respondents hereby moves for a stay of briefing deadlines in the above-captioned case.

1.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Before the lapse of appropriations, the Parties in this matter were amicably working toward resolving certain record issues asserted by Petitioner. Due to the lapse in appropriations, the Parties have not been able to continue negotiating. The Parties prefer to resolve the record issues prior to merits briefing, but now have limited time before Petitioner's merits brief is due on November 14. If the lapse in appropriations continues beyond today, the Parties will require additional time to continue their negotiations. An extension of the briefing deadlines would allow the Parties to continue negotiations once appropriations are restored and may obviate the need to expend Party and Court resources on briefing and resolving a record motion.

4. Undersigned counsel for the Department of Justice therefore requests an extension of briefing deadlines commensurate with the continued lapse of appropriations as described below.

5. The Government requests that, once Congress has appropriated funds for the Department, all current deadlines for the Parties be extended commensurate


with the duration of the lapse in appropriations starting the filing date of this motion – i.e., each deadline would be extended by the total number of days of the lapse in appropriations starting October 20, 2025.[1]

6. Undersigned counsel contacted counsel for Petitioner, who represented that Petitioner does not oppose the motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Respondents hereby move for an extension of briefing deadlines in this case until after Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted October 20, 2025, by

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General

        */s/ Rachel D. Martinez*
        RACHEL D. MARTINEZ
        U.S. Department of Justice
        Environmental Defense Section
        P.O. Box 7611
        Washington, D.C. 20044

---

[1] The Government understands that the Court ordered that all written motions for extensions of time must include a proposed briefing schedule. Order, Dkt. No. 16 (Aug. 6, 2025). If the Court prefers, once appropriations are restored, the Government could instead file an extension motion proposing a briefing schedule specifying dates certain.

(202) 288-1951
Rachel.Martinez@usdoj.gov
*Counsel for Respondents*

2

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing filing complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 418 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word 2016 in Times New Roman fourteen-point font.

<u>/s/    Rachel D. Martinez</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2025, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

<u>/s/    Rachel D. Martinez</u>